UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| OHIO CITIZEN ACTION, | CASE NO.: 2:09CV331 |
| Plaintiff, | JUDGE ALGENON MARBLEY |
| vs. | **STIPULATION FOR DISMISSAL AND JOURNAL ENTRY** |
| VILLAGE OF CANAL WINCHESTER, | |
| Defendant. | |

We, the attorneys for the respective parties, do hereby stipulate that the above captioned matter has been settled and dismissed, with prejudice, as against Defendant Village of Canal Winchester, at the cost of said Defendant. This Court retains jurisdiction to enforce the settlement. The Court may enter an Order accordingly, notice by the Clerk being hereby waived.

IT IS SO ORDERED.

JUDGE ALGENON MARBLEY

s/Edward A. Icove (per consent 10/7/09)
EDWARD A. ICOVE (0019646)
CAROLE O. HEYWARD (0061750)
Terminal Tower, Suite 627
50 Public Square
Cleveland, OH 44113
(216) 802-0000
(216) 802-0002 – Fax
Email: ed@icovelegal.com

s/Daniel T. Kobil (per consent 10/7/09)
DANIEL T. KOBIL (0030529)
Capital University Law School
303 East Broad Street
Columbus, Ohio 43215
P (614)236-6675;F(614)236-6956
Email: dkobil@law.capital.edu

*Attorneys for Plaintiff*

s/John T. McLandrich
JOHN T. MCLANDRICH (0021494)
Mazanec, Raskin, Ryder & Keller Co., L.P.A.
100 Franklin's Row
34305 Solon Road
Cleveland, OH 44139
(440) 248-7906
(440) 248-8861 – Fax
Email:   jmclandrich@mrrklaw.com

Counsel for Defendant Village of Canal Winchester

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2009, a copy of the foregoing Stipulation for Dismissal and Journal Entry was filed electronically. Notice of this filing will be sent to all registered parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*s/John T. McLandrich*
JOHN T. MCLANDRICH (0021494)

Counsel for Defendant Village of Canal Winchester

SUMM-090167/Stipulation for Dismissal